UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | | |
|---|---|---|
| BASAM ABOU ASALI et al., | : | |
| | : | |
| Petitioners, | : | |
| | : | |
| v. | : | No. 5:17-cv-00447 |
| | : | |
| U.S. DEPARTMENT OF HOMELAND | : | |
| SECURITY et al., | : | |
| | : | |
| Respondents. | : | |

_____

**O R D E R**

And now, this 13th day of February, 2017, following a telephone status conference held on February 8, 2017,[1] during which counsel for Petitioners advised the Court that the Petitioners had been admitted to the United States, and counsel for all parties requested that the Court stay this case for a period of sixty days, during which time the parties intend to explore potential settlement options, it is **ORDERED** as follows:

1.      This case is **STAYED** for a period of sixty days from the date of this Order;

2.      Petitioners' Motion for Temporary Restraining Order, ECF No. 3, is **DENIED** without prejudice.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge

_____

[1]        In attendance were Joseph C. Hohenstein, counsel for Petitioners, and Joseph Anton Darrow, counsel for Respondents.